CHRISTOPHER CHIOU
Assistant United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov

*Attorneys for the United States on behalf of
Antony Blinken and U.S. Department of State ("Defendants").*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Barrett Abel and Maryam Zare,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Antony Blinken, in his official capacity as U.S. Secretary of State; U.S. Department of State, Office of the Legal Advisor,<br><br>　　　　Defendants. | Case No. 2:21-cv-01001-RFB-VCF<br><br>**Stipulation and Order to Dismiss Plaintiffs' Complaint without Prejudice** |

　　　　It is hereby stipulated by and between the Plaintiffs, Barrett Abel and Maryam Zare, through their counsel of record, and the United States of America, on behalf of the above named Defendants, through its counsel of record, that Plaintiffs' complaint for writ of mandamus against the Defendants be dismissed, without prejudice, with each party to bear their own fees and costs.

/ / /

/ / /

/ / /

/ / /

The parties further stipulate to vacate Defendants' motion to dismiss ECF No. 21 as the entry of this stipulation renders the motion moot.

Dated this 2nd day of March 2022.

| | |
|---|---|
| /s/ Hardeep Sull | /s/ Brianna Smith |
| HARDEEP SULL, ESQ. | BRIANNA SMITH |
| *Attorney for Plaintiffs* | Assistant United States Attorney |

**IT IS SO ORDERED:**

DATED this  3rd   day of March 2022.

_____
**HONORABLE RICHARD F. BOULWARE**
**UNITED STATES DISTRICT JUDGE**